# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL CASE NO. 3:08cr192

| | |
|---|---|
| UNITED STATES OF AMERICA, )   ) | |
| ) | |
| vs.    ) | **O R D E R** |
| ) | |
| ) | |
| GRADY LEE RUSHING.  ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for a Hearing on Ineffective Assistance of Counsel," filed April 28, 2009. [Doc. 29].

The Defendant, who is currently represented by counsel, has filed this motion *pro se*, seeking a hearing to address his allegations that his counsel has been ineffective in representing him. Additionally, the Defendant appears to contest the voluntariness of his guilty plea. [Doc. 29].

The Court construes this *pro se* pleading as a request for a status of counsel inquiry. Accordingly, **IT IS, THEREFORE, ORDERED** that this case is referred to the Honorable David C. Keesler, United States

Magistrate Judge, for the purpose of conducting a status of counsel inquiry.

**IT IS SO ORDERED.**

Signed: May 5, 2009

Martin Reidinger
United States District Judge